THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ELIZA VOGLER *v.* ANDREW WALSH, POLICE JUSTICE.
Order granted.

CHARLES E. EVANS *v.* PHILANDER C. LANGEM.
There is no appeal perfected.   Motion denied, without costs.

BENJAMIN ANDREWS *v.* TIMOTHY LANG.
Motion denied, without costs.